FILED
2019 Feb-14  AM 11:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES LORENZA KING, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 2:18-cv-01905-AKK-JEO |
| CHRISTOPHER GORDY, et al., | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

Petitioner James Lorenza King filed this action for a writ of habeas corpus, *pro se*, on or about November 19, 2018. Doc. 1. King challenges his January 1968 arrest and detention on robbery charges. Doc. 3 at 8. On January 22, 2019, the magistrate judge to whom the case was referred filed a report recommending the petition be dismissed with prejudice due to King's claims being untimely. Although King was notified of his right to file objections to the report and recommendation, no objections from King have been filed with the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the response thereto, the magistrate judge's report is hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED WITH PREJUDICE**. Further, because the petition does not

1

present issues that are debatable among jurists of reason, a certificate of appealability is also due to be **DENIED**. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), *Rules Governing § 2254 Proceedings*. A separate Final Order will be entered.

**DONE** the 14th day of February, 2019.

                                             **ABDUL K. KALLON**
                                        UNITED STATES DISTRICT JUDGE